O

1
2
3
4
5
6
7
8

9     UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           )
                                        )
13              Plaintiff,              )    SA 08-409M
                                        )
14        v.                            )    ORDER OF DETENTION AFTER HEARING
                                        )           (18 U.S.C. § 3142(i))
15  MIGUEL ANGEL RAMOS-URENA,           )
                                        )
16              Defendant.              )
    _____)

17

18                                      I.

19    A. ( ) On motion of the Government involving an alleged

20        1. ( ) crime of violence;

21        2. ( ) offense with maximum sentence of life imprisonment or death;

22        3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

23             (21 U.S.C. §§  801,/951, et. seq.,/955a);

24        4. ( ) felony - defendant convicted of two or more prior offenses described above.

25    B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

26        1. ( X)   serious risk defendant will flee;

27        2. ( ) serious risk defendant will

28            a. ( )  obstruct or attempt to obstruct justice;

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1          b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

2                    II.

3  The Court finds no condition or combination of conditions will reasonable assure:

4  A. ( X )  appearance of defendant as required; and/or

5  B. ( )  safety of any person or the community;

6                    III.

7  The Court has considered:

8  A. ( x) the nature and circumstances of the offense;

9  B. (x) the weight of evidence against the defendant;

10  C. (x) the history and characteristics of the defendant;

11  D. ( ) the nature and seriousness of the danger to any person or to the community.

12                    IV.

13  The Court concludes:

14  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16  B. (x )  History and characteristics indicate a serious risk that defendant will flee because:

17      **Defendant is undocumented.  He has no ties to the community and no bail**

18      **resources.**

19

20  C. ( ) A serious risk exists that defendant will:

21      1. ( )  obstruct or attempt to obstruct justice;

22      2. ( )  threaten, injure or intimidate a witness/ juror; because:

23

24  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

25      provided in 18 U.S.C. § 3142 (e).

26  ///

27  ///

28  ///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

7   Dated: August 5, 2008

_____
Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                       - 3 -                                        Page 3 of 3